PLACER COUNTY COUNSEL'S OFFICE
Gregory S. Warner (SBN 282490)
175 Fulweiler Avenue
Auburn, California 95603
Telephone:     (530) 889-4044
Facsimile:      (530) 889-4069

Attorney for Defendants County of Placer, Timothy Wegner,
Steve Pedretti, Joseph Zanarini, and Steven Solomon

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LULL, CONOR BUGBEE, KEVIN BURRAGE, KALEIGH BURRAGE, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF PLACER, TIMOTHY WEGNER, STEVE PEDRETTI, JOSEPH ZANARINI, STEVEN SOLOMON, and DOES 1 to 100, <br><br> Defendants. | Case No. 2:17-CV-02216-KJM-EFB PS <br><br> **[PROPOSED] ORDER CONTINUING THE HEARING ON DEFENDANTS' MOTION TO DISMISS** <br><br> Date:      February 28, 2018 <br> Time:      10:00 a.m. <br> Courtroom: 8, 13th Floor <br> Judge:     Hon. Edmund F. Brennan |

Pursuant to L.R. 230(f) and the Request to Continue the Hearing of Defendants' Motion to Dismiss, it is hereby ordered that the hearing on defendants' motion to dismiss is continued until February 28, 2018 at 10:00 a.m. in Courtroom 8 of the United States District Courthouse located at 501 I Street, Sacramento, California, before the Honorable Magistrate Judge Edmund F. Brennan.

Dated: January 11, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE