UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LULL, CONOR BUGBEE, KEVIN BURRAGE, KALEIGH BURRAGE,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF PLACER, TIMOTHY WEGNER, STEVE PEDRETTI, JOSEPH ZANARINI, STEVEN SOLOMON,<br><br>Defendants. | No. 2:17-cv-2216-KJM-EFB PS<br><br>ORDER |

On September 11, 2018, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed September 11, 2018, are ADOPTED;
2. Defendants' motion to dismiss (ECF No. 6) is granted;
3. The complaint is dismissed for lack of standing;
4. Plaintiffs are granted thirty days from the date of service of any order adopting these findings and recommendations to file an amended compliant as provided herein. The amended complaint must bear the docket number assigned to this case and must be labeled "First Amended Complaint." Failure to timely file an amended complaint may result in a recommendation this action be dismissed; and
5. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED: September 28, 2018.

_____
UNITED STATES DISTRICT JUDGE